IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

R.D. et al.,                              :
                    Plaintiffs,           :
                                          :          CIVIL ACTION
          v.                              :          NO. 11-2995
                                          :
SOUDERTON AREA SCHOOL                     :
DISTRICT,                                 :
                    Defendant.            :


## ORDER

AND NOW, this 19th day of May, 2015, upon consideration of Plaintiffs' Amended Complaint, (Dkt No. 11), Defendant's Motion to Dismiss Plaintiffs' Amended Complaint and Brief in Support, (Dkt No. 12), and Plaintiffs' Response, (Dkt No. 13), it is hereby ORDERED that:

1.   Plaintiffs' claims for a compensatory education fund and attorneys' fees under the Individuals with Disabilities Education Improvement Act of 2004, PL 108-446, 118 STAT. 2647-2808 (Dec. 3, 2004), 20 U.S.C. §§ 1401-82, and Section 504 of the Rehabilitation Act, 29 U.S.C. § 701 *et seq.*, are DISMISSED WITHOUT PREJUDICE.

2.   All other claims are DISMISSED WITH PREJUDICE.

FURTHER, the Clerk of Court is directed to close this case for statistical and all purposes.


BY THE COURT:

/s/ C. Darnell Jones, II


_____
C. DARNELL JONES, II      J.